UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DENISE S., an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GEORGE FOREMAN, and DOES 2 through 50,,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. 2:22-cv-09237-MEMF-PD<br>Related to Case No. 22-cv-09242-MEMF-PD<br><br>*Assigned to Maame Ewusi-Mensah Frimpong*<br><br>**ORDER GRANTING JOINT STIPULATION REQUESTING MODIFICATION OF SCHEDULING ORDER [ECF NO. 72]** |

The Court, having considered the parties' Joint Stipulation Requesting Modification of the Scheduling Order and finding good cause, hereby amends the Scheduling Orders for this action and the related action *Gwen H. v. George Foreman* (Case No. 2:22-cv-09241-MEMF-PD) as follows:

(1) The Court extends the non-expert discovery cut-off date from November 18, 2024 to January 17, 2025 for the purpose of conducting Defendant Foreman's deposition and potentially any limited, additional discovery that may arise if any new third-party witnesses are mentioned in Defendant Foreman's deposition testimony;

(2) The Court extends the initial disclosure of Experts from November 25, 2024 to January 17, 2025;

(3) The Court extends the rebuttal disclosure of Experts from December 9, 2024 to January 23, 2025;

(4) The Court extends the expert discovery cut-off date from December 23, 2024 to February 6, 2025.

(5) The Court extends the date by which the parties must attend a settlement conference from February 16, 2024 until March 16, 2025.

There would be no modification to the current trial date, any other deadline set in the Scheduling Order, or any of the pending hearings currently scheduled before the Court.

IT IS SO ORDERED.

DATED: November 18, 2024

MAAME EWUSI-MENSAH FRIMPONG
United States Magistrate Judge