# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DENISE S., an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GEORGE FOREMAN, and DOES 2 through 50,,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Lead Case No. 2:22-cv-09237 MEMF (PDx) - Related to Case No. 2:22-cv-09241MEMF (PDx)<br><br>*Assigned to Maame Ewusi-Mensah Frimpong*<br><br>**ORDER MODIFYING THE COURT'S SCHEDULING ORDER** |

The Court, having considered the parties' Joint Stipulation Requesting Modification of the Scheduling Order and finding good cause, hereby amends the Scheduling Orders for this action and the related action *Gwen H. v. George Foreman* (Case No. 2:22-cv-09241-MEMF-PD) as follows:

**Gwen H. v. George Foreman:**

| Event | Current Deadline | New Deadline |
|---|---|---|
| Trial Date | 4/21/2025 | 10/6/2025, 8:30 am |
| FPTC | 4/2/2025 | 9/17/2025, 10:00 am |
| Expert Disclosure (Initial) | 1/17/2025 | 4/18/2025 |
| Expert Disclosure (Rebuttal) | 2/6/2025 | 4/25/2025 |
| Expert Discovery Cutoff | 2/6/2025 | 5/8/2025 |
| Deadline to Complete settlement Conference | 3/16/2025 | 5/14/2025 |
| Last day to hear motions | 1/9/2025 | 6/26/2025 |
| Trial Filings (First Round) | 4/10/2025 | 8/20/2025 |
| Trial Filings (Second Round) | 4/24/2025 | 9/3/2025 |

**Denise S. v. George Foreman:**

| Event | Current Deadline | New Deadline |
|---|---|---|
| Trial Date | 5/27/2025 | 10/14/2025, 8:30 am |
| FPTC | 5/8/2025 | 9/24/2025, 10:00 am |
| Expert Disclosure (Initial) | 1/17/2025 | 4/18/2025 |
| Expert Disclosure (Rebuttal) | 2/6/2025 | 4/25/2025 |
| Expert Discovery Cutoff | 2/6/2025 | 5/8/2025 |
| Deadline to Complete settlement Conference | 2/16/2025 | 5/14/2025 |
| Last day to hear motions | 1/9/2025 | 6/26/2025 |
| Trial Filings (First Round) | 3/5/2025 | 8/27/2025 |
| Trial Filings (Second Round) | 3/19/2025 | 9/10/2025 |

1 | All other dates and deadlines in these cases remain as previously scheduled.

3 | **IT IS SO ORDERED**.

5 | DATED: January 31, 2025

                                              MAAME EWUSI-MENSAH FRIMPONG
                                              United Stats Magistrate Judge